**No. 47165.**—Protest 37722–K of Champion Paper & Fibre Co. (Cleveland).

Opinion by Ekwall, J. The Government moved to dismiss the protest on the ground that the court has no jurisdiction over the assessment of liquidated damages as a penalty on a bond under section 623, Tariff Act of 1930, and pointed out that the entry was liquidated free of duty. The case was submitted on the official papers, which were received in evidence. Upon consideration of the entire record the motion to dismiss was granted.

BEFORE THE THIRD DIVISION, MAY 8, 1942

**No. 47166.**—Protest 930029–G of Balfour, Guthrie & Co., Ltd. (New York).

Opinion by CLINE, J. When the case was called for trial it was submitted by plaintiff without the introduction of evidence in support of the claim made. There being nothing in the record to overcome the presumption of correctness attaching to the collector's action the protest was overruled.

**No. 47167.**—Protests 19644–K, etc., of Accordiana, Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.